1 | BART M. BOTTA, State Bar No. 167051
2 | JUNE MONROE, State Bar No. 284763
RYNN & JANOWSKY, LLP
3 | 4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
4 | Telephone: (949) 752-2911

5

6 | Attorneys for Plaintiffs
NED'S HOUSE OF PRODUCE, et al.



**FILED**
CLERK, U.S. DISTRICT COURT

OCT 03 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JRE _____ DEPUTY

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

10 | SOUTHERN DIVISION – SANTA ANA

11

12 | NED'S HOUSE OF PRODUCE, a
sole proprietorship; DAVE
13 | WESTENDORF PRODUCE
SALES, INC., a California
14 | corporation,

15

16 | Plaintiffs,

17 | v.

18 | DARREN M. ZERPOLI, an individual,

19

20 | Defendant.

CASE NO.  SACV 03-1676 AHS (Anx)

[PROPOSED] **RENEWAL OF JUDGMENT BY CLERK**

21

22 | Having read and considered Plaintiffs' application for and renewal of judgment,
23 | affidavit of June Monroe in support thereof, and good cause appearing therefor,
24 | RENEWAL OF JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs NED'S
25 | HOUSE OF PRODUCE; and DAVE WESTENDORF PRODUCE SALES, INC. and
26 | against Defendant DARREN M. ZERPOLI, an individual, in the following amounts:
27 | ///
28 | ///

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

1

| | | |
|---|---|---|
| a. Total judgment | | $47,002.51 |
| Principal | $38,732.50 | |
| Attorneys Fees | $5,145.70 | |
| Costs | $0.00 | |
| Pre-Judgment Interest | $3,124.31 | |
| b. Costs after judgment | | -0- |
| c. Subtotal | | $47,002.51 |
| d. Credits after judgment | | $2,665.04 |
| e. Subtotal | | $44,337.47 |
| f. Interest after judgment at 10% (from 10-8-04 to 10-1-14) | | $44,286.75 |
| g. Fee for filing renewal application | | -0- |
| h. TOTAL RENEWED JUDGMENT | | $88,624.22 |

Plaintiff shall continue to recover post-judgment interest at 10% per annum on the unpaid balance until fully paid. pursuant to the original Judgment issued of October 6, 2014.

DATED: __10/3/2014_____        By: __s/ J. Remigio_____
                                             CLERK, U.S. DISTRICT COURT

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

2